PER CURIAM.
Affirmed. Boyd v. State, Fla.App.1960, 122 So.2d 632; Watson v. State, Fla.1966, 190 So.2d 161; Foreman v. State, Fla.App.1968, 213 So.2d 754; Tegethoff v. State, Fla.App.1969, 220 So.2d 399; Reynolds v. State, Fla.App.1969, 222 So.2d 246; Coppolino v. State, Fla.App. 1968, 223 So.2d 68; Costantino v. State, Fla.App.1969, 224 So.2d 341; State v. Craig, Fla.1970, 237 So.2d 737; Brown v. State, Fla.App.1973, 285 So.2d 425; Demattia v. State, Fla.App. 1974, 292 So.2d 390; Edwards v. State, Fla.App.1974, 302 So.2d 479; Melero v. State, Fla.App. 1975, 306 So.2d 603.